# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

DERRECK SUNDERLAND,                          1:07-cv-00906-LJO-WMW (HC)

                Petitioner,

                                    **ORDER AUTHORIZING**

v.                                          **IN FORMA PAUPERIS STATUS**

MENDOZA-POWERS,

                Respondent.

_____/

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:    June 28, 2007**          _____
                               **/s/  William M. Wunderlich**
                              UNITED STATES MAGISTRATE JUDGE