# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRECK SUNDERLAND, | 1:07-cv-00906-LJO-WMW (HC) |
| Petitioner, | |
| v. | **ORDER AUTHORIZING**<br>**IN FORMA PAUPERIS STATUS** |
| MENDOZA-POWERS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   June 28, 2007**          /s/  William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE