IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRECK SUNDERLAND,<br><br>    Petitioner,<br><br>vs.<br><br>MENDOZA-POWERS ,<br><br>    Respondent.<br>_____ | 1:07-CV-0906-LJO WMW<br><br>ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS<br><br>[Doc. 4] |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. Petitioner has filed a motion to voluntarily dismiss this case, stating that he intended to file his petition in Kings County Superior Court. No opposing party has yet appeared in this action. Therefore, under Rule 41(a), Federal Rules of Civil Procedure, Petitioner is entitled to dismiss this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1) Petitioner's motion to dismiss is GRANTED;

2) This petition for writ of habeas corpus is DISMISSED;

3) The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   February 8, 2008                /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE